**DeAndre Jerome BARNES, Plaintiff–Appellant**

v.

**MINNESOTA DEPARTMENT OF CORRECTIONS; Tom Roy; Bruce Reiser; Greg Smith; Jeanette Wilson; Virginia Mandac, Defendants–Appellees.**

No. 13–2565.

United States Court of Appeals, Eighth Circuit.

Submitted: May 20, 2014.

Filed: June 5, 2014.

DeAndre Jerome Barnes, Bayport, MN, pro se.

Margaret Jacot, Attorney General's Office, Charles Andrew Gross, Andrea Pavel-

ka Hoversten, Geraghty & O'Loughlin, Saint Paul, MN, for Defendants–Appellees.

Before BYE, COLLOTON, and BENTON, Circuit Judges.

PER CURIAM.

Inmate DeAndre Jerome Barnes appeals the district court's [1] adverse grant of summary judgment in his 42 U.S.C. § 1983 action. Upon de novo review of the record, *see Beck v. Skon*, 253 F.3d 330, 332–33 (8th Cir.2001), we find no basis for overturning the district court's well-reasoned opinion. We also find no abuse of discretion in the denial of appointed counsel. *See Ward v. Smith*, 721 F.3d 940, 942 (8th Cir.2013) (per curiam) (no constitutional or statutory right to counsel in civil case). The judgment of the district court is affirmed. *See* 8th Cir. R. 47B.

---

1. The Honorable Joan N. Ericksen, United States District Judge for the District of Minnesota, adopting the report and recommendations of the Honorable Arthur J. Boylan, United States Magistrate Judge for the District of Minnesota, now retired.